UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| | CASE NO. 2: 25-PO-019 |
| v. | |
| | MAGISTRATE JUDGE JOLSON |
| PATRICIA SCHINGIDER, | |
| Defendant. | |

# ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case is **DISMISSED**.

s/ Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

2/24/2025